White agt. The Hudson River Insurance Company.

## SUPREME COURT.

### EDWARD WHITE agt. THE HUDSON RIVER INSURANCE COMPANY.

*Policies of insurance* should be construed liberally, for the interest alike of both parties.

*New-York Special Term, October,* 1854.

ROOSEVELT, Justice.   Policies of insurance, where there has been no fraud, and no misrepresentation or concealment of any circumstance materially enhancing the risk, are to be construed liberally.   Technical objections involving no substantial right, are to be overlooked.   While the underwriter fairly receives his premium, the insured should as fairly receive his protection.   It is the interest alike of both, that the business of insurance should be conducted—and should be universally understood to be conducted—upon the broadest principles of fair and liberal dealing, never strangling justice in the nets of form.

Judgment for plaintiff.

### ERRATUM.

In the case of *Dresser* agt. *Van Pelt & Wicker,* page 26, an error occurs in the 3d paragraph and 3d line from the bottom, where it reads, "at special term and not at chambers." It should read, "at special term and at chambers." The word "not," should be out of the sentence.